AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-2770-DMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sunrun INC. c/o CSC Lawyers agent of service
was received by me on *(date)*   05/11/2022   .

☐ I personally served the summons on the individual at *(place)*
                                                           on *(date)*                ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                              , a person of suitable age and discretion who resides there,
on *(date)*            , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Lai Saevang customer service agent for CSC Lawyers , who is
designated by law to accept service of process on behalf of *(name of organization)*  Sunrun INC
                                                           on *(date)*   05/11/2022    ; or

☐ I returned the summons unexecuted because                                            ; or

☐ Other *(specify)*:


My fees are $   0.00    for travel and $   50.00   for services, for a total of $   50.00   .

I declare under penalty of perjury that this information is true.

Date:  05/18/2022

*Server's signature*

Daniel Miranda Process Server 05-PS-010 Calaveras County, CA
*Printed name and title*

603 S Highway 49 #194
Jackson, CA 95642

*Server's address*

Additional information regarding attempted service, etc:
Served to agent of service at 11:13 am