**KELLEY DRYE & WARREN LLP**
  Glenn T. Graham (State Bar No. 338995)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:    (973) 503-5917
Facsimile:    (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CRYSTAL CHAPMAN, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>                           Defendant. | Case No. 3:22-cv-2770<br><br>**LOCAL RULE 3-15 and FED. CIV. PRO. R. 7.1 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, defendant Sunrun Inc. ("Sunrun"), by and through counsel, hereby certifies the following:

Sunrun has no parent corporation, no public corporation owns 10% or more of Sunrun's stock, and no persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties are known to have either (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding, except as listed below:

   1.   BlackRock, Inc.

| | |
|---|---|
| DATED: July 1, 2022 | KELLEY DRYE & WARREN LLP |
| | By: /s/ Glenn T. Graham |
| | Glenn T. Graham |
| | *Attorneys for Defendant Sunrun Inc.* |