# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  August 25, 2022                        Judge:  Hon. James Donato

Time:  3 Minutes

Case No.     **3:22-cv-02770-JD**
Case Name    **Chapman v. Sunrun Inc.**

Attorney(s) for Plaintiff(s):    Anthony Paronich
Attorney(s) for Defendant(s):  Lori Maszzuchetti

Court Reporter: Joan Columbini

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Initial Case Management Conference – Held

### NOTES AND ORDERS

The Court will enter a scheduling order.

1