```
Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016
```

[Additional counsel appear on signature page]

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| CRYSTAL CHAPMAN, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 3:22-cv-2770-TLT<br><br>Hon. Trina L. Thompson<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Action Filed: March 27, 2022<br>Trial Date: None Set |

Pursuant to Rule 41(a)(1)(ii), Plaintiff Crystal Chapman ("Chapman") and Defendant Sunrun Inc. ("Sunrun") through their attorneys of record, stipulate and agree, that this matter be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

By: */s/ Anthony I. Paronich*

Anthony I. Paronich, *Admitted Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400

1

Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Edward A. Broderick, *Admitted Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Andrew W. Heidarpour, *Pro Hac Vice*
AHeidarpour@HLFirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Ave. NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727

*Attorneys for Plaintiff and the Proposed Classes*

**KELLEY DRYE & WARREN LLP**

*/s/ Glenn T. Graham*
Glenn T. Graham (State Bar No. 338995)
Lauri A. Mazzuchetti (*Pro Hac Vice*)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile:  (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

Becca J. Wahlquist (State Bar No. 215948)
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
Facsimile: (213) 547-4901
bwahlquist@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

2

STIPULATION TO DISMISS AND ~~PROPOSED~~ ORDER

Pursuant to Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: March 8, 2023                                          KELLEY DRYE & WARREN LLP

By: /s/ Glenn T. Graham
Glenn T. Graham
Attorneys for Defendant Sunrun Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2023                                          _____
Hon. Trina L. Thompson, U.S.D.J.